ATTACHMENT 4
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | DOCKET NUMBER: <u>22-CR-20502-001</u> |
| <u>WHITCHER, Michael</u> | : | |

## ORDER

### HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM

The Court imposes the following reprimand and sanction:

X   Verbal reprimand to adhere to the following mandatory condition:
"You must not commit another federal, state or local crime."

X   Loss of credit in the HOPE Program for one month (August 15, 2024, to September 18, 2024).

☐   Return to the U.S. Courthouse on _____ to observe the following proceedings: _____

☐   Provide a written _____ -page explanation for noncompliant behavior, as directed.
☐   Travel restricted as follows: _____
☐   Increased drug testing as follows: _____
☐   Participation in drug, alcohol, or mental health treatment.
☐   Complete _____ hours community service as directed.
☐   Comply with the following curfew restrictions or home confinement: _____

☐   Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
☐   Serve _____ days in jail, to be released on _____
☐   Termination from the H.O.P.E Program.
☐   Changes in current treatment: _____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E. Program review date is on <u>October 17, 2024</u>
at the U.S. Courthouse in the <u>Eastern District of Michigan</u>.

Dated this 19 day of September 2024

_____
United States District Judge