ATTACHMENT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA :
:
vs. : DOCKET NUMBER: 22-CR-20502-001
:
Michael WHITCHER :

## ORDER

### HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM

The Court imposes the following reprimand:

X  Verbal reprimand to attend treatment as scheduled.
X  Verbal reprimand to drug and alcohol test as required.

☐ Return to the U.S. Courthouse on _____ to observe the following proceedings: _____

☐ Provide a written _____ -page explanation for noncompliant behavior, as directed.
☐ Travel restricted as follows: _____
☐ Increased drug testing as follows: _____
☐ Participation in drug, alcohol, or mental health treatment.
☐ Complete _____ hours community service as directed.
☐ Comply with the following curfew restrictions or home confinement: _____

☐ Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
☐ Serve _____ days in jail, to be released on _____
☐ Termination from the H.O.P.E. Program.
☐ Changes in current treatment: _____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E. Program review date is on January 16, 2025.

Dated this 19 day of December 2024

_____
United States District Judge